**U.S. Department of Justice**
*United States Attorney*
*Western District of Tennessee*

*800 Federal Building*
*167 North Main Street*
*Memphis, Tennessee 38103*

*Telephone 901.544.4231*
*Fax 901.544.4230*
*TTY 901.544.3054*

July 14, 2026

Ms. Presita West
Federal Public Defender TN-W
200 Jefferson Ave. Suite 200
Memphis, TN 38103
Presita_west@fd.org

Re: United States v. Gaston
Cr. No. 2:26-cr-20066-MSN

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States provides you with the following information:

1. As to Rule 16(a)(1)(A), 16(a)(1)(B), 16(a)(1)(E), and 16(a)(1)(F), we have provided discovery to you via USAfx, our secure cloud-based file transfer system. Discovery includes, but is not limited to the following documents and electronic evidence:

   A. Documentary evidence Bates Stamp Numbers (BSN) 0001-00141;
      (1) Agency Reports; and
      (2) Evidence reports/evidence receipts
   B. Photographs; and
   C. Jail Calls

2. As to Rule 16(a)(1)(D), a copy of your client's criminal history record, if any, is included. Pre-trial services has also provided you with a copy of your client's criminal record. Should this matter proceed to trial and your client testifies, the United States will seek to introduce your client's prior convictions as impeachment evidence. If your client disputes any of the dates of conviction, conviction offenses, dates of release, sentences, or sentencing agencies as described in the criminal history, please contact me as soon as possible. In addition, should this matter proceed to trial and your client testifies, the United States will seek to introduce as impeachment evidence any felony convictions that are more than ten-years old, pursuant to Rule 609(b) of the Federal Rules of Evidence.

3. As to Rule 16(a)(1)(E), physical evidence includes, but is not limited to:

   a. Glock switch;
   b. Five-dollar bill, serial number QL47593731B; and
   c. Any other items listed in the agency evidence reports.

4. As to Rule 16(a)(1)(G), Special Agent Samuel Neeley, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), will serve as an expert witness on behalf of the United States regarding the negative search result of the defendant in the National Firearms Registration and Transfer Record (NFRTR). Firearm Enforcement Officer (FEO) Anthony Ciravolo will testify as an expert regarding the Technical Examination Report he generated in this matter. The report prepared by FEO Ciravolo and his curriculum vitae were provided via USAfx. Please be advised the United States plans to introduce, at the very least, all of the evidence referenced and contained in discovery.

5. Disclosure – Brady and Giglio Material. The United States is presently unaware of any exculpatory evidence regarding your client in this case but is cognizant of its continuing obligation to make same available in a timely manner, should it exist. The United States is likewise aware of its continuing obligation to make any impeachment evidence available in a timely manner, if it exists.

The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 of the F.R.C.P. and the local rules. Please consider this request for reciprocal discovery a continuing request under Rule 16 of the F.R.C.P.

Please let me know if you have trouble accessing the items on the cloud. If you have any questions, wish to inspect any evidence, or would like to discuss this matter further, please feel free to contact me at (901) 544-4231.

Sincerely,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

By: *<u>/s/ Qingyu Li</u>*
*Qingyu Li*
*Special Assistant United States Attorney*